Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:  Fosamax Products Liability          :
Litigation                                              :
-----------------------------------------------------x
*This Document Relates to:*                 :        1:06-md-1789 (JFK)
Annie Huffstetler                                 :
v. Merck & Co., Inc.                             :
                                                          :
Case No: 1:07-cv-6739-JFK                :        **Rule 7.1 Statement**
-----------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
       August 29, 2007

                                        Respectfully submitted,

                                        HUGHES HUBBARD & REED LLP


                                        By:  /s/_____
                                            Norman C. Kleinberg
                                            Theodore V. H. Mayer
                                            William J. Beausoleil

                                        One Battery Park Plaza
                                        New York, New York 10004-1482
                                        (212) 837-6000
                                        *Attorneys for Defendant Merck & Co., Inc.*